Steven C. Lacy
Lacy Kane, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
Phone: (509) 884-9541
Fax:     (509) 884-4805
steve@lacykane.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| LUCY FITTERER,<br><br>               Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON,<br>EMPLOYMENT SECURITY DEPT.,<br><br>               Defendant. | No.<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

TO:     The Honorable Judges of the United States District Court for the Eastern District of Washington

   1.   The parties, through their respective counsel, have stipulated and consented that Plaintiff's remaining cause of action, for violation of the Family and Medical Leave Act (FMLA), 29 U.S.C. §2617, be transferred to the Federal District Court for the Eastern District of Washington.  Therefore, this Court has jurisdiction over this action.

NOTICE OF REMOVAL
TO FEDERAL COURT
c5:fitterer-l.emp\pleading\noremoval

1

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA  98802
(509) 884-9541 ◆ Fax: (509) 884-4805

2. All process and pleadings on file in the State Court Action are attached hereto as Exhibit A. Plaintiff has paid the appropriate filing fee to the Clerk of this Court upon the filing of this Notice.

3. Plaintiff will promptly serve Defendant and file with this Court its Notice of Removal to Defendant, informing the Defendant that this matter has been removed to federal court.

4. Plaintiff requests that the above action in the Superior Court of Washington in and for Grant County be removed to this Court.

DATED this 17th day of December, 2014.

/s Steven C. Lacy
STEVEN C. LACY, WSBA # 10814
Attorney for Plaintiff
Lacy Kane, P.S.
300 Eastmont Ave.
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email: steve@lacykane.com

NOTICE OF REMOVAL
TO FEDERAL COURT
c5:fitterer-l.emp\pleading\noremoval

2

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. A copy of the foregoing was also served on the following party as the following address:

Amy C. Clemmons
Assistant Attorney General
1116 W. Riverside Avenue
Spokane, WA  99201
(509) 456-3123
AmyC2@ATG.WA.GOV

        LACY KANE, P.S.

        By s/ Steven C. Lacy
        STEVEN C. LACY, WSBA # 10814
        Attorney for Plaintiff
        Lacy Kane, P.S.
        300 Eastmont Avenue
        East Wenatchee, WA 98802
        Telephone: (509) 884-9541
        Fax: (509) 884-4805
        Email: steve@lacykane.com

NOTICE OF REMOVAL
TO FEDERAL COURT
c5:fitterer-l.emp\pleading\noremoval

3

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA  98802
(509) 884-9541 ◆ Fax: (509) 884-4805