# EXHIBIT A

FILED

DEC 1 2 2014

KIMBERLY A. ALLEN
GRANT COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF GRANT

LUCY FITTERER,

        Plaintiff,

v.

STATE OF WASHINGTON,
EMPLOYMENT SECURITY DEPT.,

        Defendant.

No. 13-2-00251-1

STIPULATION AND CONSENT
FOR ORDER DISMISSING STATE
LAW CAUSE OF ACTION AND
TRANSFERRING VENUE TO
FEDERAL DISTRICT COURT FOR
EASTERN DISTRICT OF
WASHINGTON

## I. STIPULATION AND CONSENT

Come now the parties hereto and jointly, through their respective counsel, stipulate and consent that Plaintiff's state law cause of action pursuant to the Washington Family Leave Act, RCW 49.78.300 be dismissed without prejudice pursuant to CR 41 (a)(1)(A). Further, the parties hereto jointly, through their respective counsel, stipulate and consent that Plaintiff's cause of action for violation of the Family and Medical Leave Act (FMLA), 29 U.S.C. §2617, be transferred to the Federal District Court for the Eastern District of Washington.

STIPULATION AND ORDER FOR
CR 41 DISMISSAL AND CHANGE
OF VENUE
c5:fitterer-l.emp\stipaorderfdiscov

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ♦ Fax: (509) 884-4805



5

So stipulated, this ____ day of December, 2014.

LACY & KANE, P.S.

By_____
Steven C. Lacy, WSBA #10814
Attorney for Plaintiff

ROBERT W. FERGUSON
Attorney General

By_____
AMY CLEMMONS, WSBA #22997
Attorney for Defendant

## II. ORDER

Pursuant to the above stipulation and Consent of counsel for the parties, IT IS HEREBY ORDERED that Plaintiff's state law cause of action pursuant to the Washington Family Leave Act, RCW 49.78.300 is dismissed without prejudice pursuant to CR 41 (a)(1)(A). Further, IT IS HEREBY ORDERED that Plaintiff's cause of action for violation of the Family and Medical Leave Act (FMLA), 29 U.S.C. §2617, shall be and is hereby transferred to the Federal District Court for the Eastern District of Washington.

DATED this ____ day of December, 2014.

EVAN E. SPERLINE
By_____
SUPERIOR COURT JUDGE

STIPULATION AND ORDER FOR
CR 41 DISMISSAL AND CHANGE
OF VENUE
c5:fitterer-l.emp\stipaorderfdiscov

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ♦ Fax: (509) 884-4805

```
                                                    FILED
                                                 FEB 26 2013
                                                KIMBERLY A. ALLEN
                                                GRANT COUNTY CLERK
```

SUPERIOR COURT OF WASHINGTON FOR GRANT COUNTY

LUCY FITTERER,                      )
                                    )
            Plaintiff,              ) NO. 13-2-00251-1
                                    )
v.                                  )
                                    ) SUMMONS
STATE OF WASHINGTON,                )
EMPLOYMENT SECURITY                 )
DEPARTMENT,                         )
                                    )
            Defendants.             )
                                    )
                                    )

**TO THE DEFENDANT: STATE OF WASHINGTON EMPLOYMENT SECRUITY DEPARTMENT**

A lawsuit has been started against you in the above-entitled court by LUCY FITTERER, Plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment

SUMMONS -1

LAW OFFICE OF ROBERT M. BOGGS
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Telephone (509) 469-8221
Facsimile (509) 469-9026

7

may be entered against you without notice. A default judgment is one where plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

You may demand that plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon plaintiffs. Within 14 days after you serve the demand, plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

**DATED** this 11th day of February, 2013.

**LAW OFFICE OF ROBERT M. BOGGS**

s/ Robert M. Boggs
_____
ROBERT M. BOGGS, WSBA No. 8664
Attorney for Plaintiff

SUMMONS -2

LAW OFFICE OF ROBERT M. BOGGS
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Telephone (509) 469-8221
Facsimile (509) 469-9026

8

FILED

FEB 26 2013

KIMBERLY A. ALLEN
GRANT COUNTY CLERK

## SUPERIOR COURT OF WASHINGTON FOR GRANT COUNTY

LUCY FITTERER,

    Plaintiff,

vs.

STATE OF WASHINGTON, EMPLOYMENT SECURITY DEPARTMENT,

    Defendant.

No. 13-2-00251-1

COMPLAINT FOR INTERFERENCE WITH STATE AND FEDERAL FAMILY MEDICAL LEAVE ACTS

### I. PARTIES, JURISDICTION, VENUE

1. Plaintiff Lucy Fitterer is a resident of Grant County.
2. Defendant Employment Security Department is an agency of the State of Washington.
3. Venue is proper in the Superior Court of Washington for Grant County.

### II. FACTS GIVING RISE TO LIABILITY

4. The Plaintiff was employed by the Defendant from December 1999 until May 5, 2011.
5. That the Plaintiff suffered from chronic migraine headaches. That she requested Family Medical Leave on an intermittent basis due to the headaches and stress related symptoms. The request was supported by a certification from her doctor

COMPLAINT -1

LAW OFFICE OF ROBERT M. BOGGS
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Telephone (509) 469-8221
Facsimile (509) 469-9026

9

stating that she needed Family Medical Leave. That the Defendant approved her request for intermittent use of Family Medical Leave from July 6, 2010 to July 6, 2011.

6. On January 10, 2011 the Plaintiff made a request to use the preapproved family medical leave from January 31, 2011 to February 14, 2011. The request was supported by certification from her doctor stating that she needed to take the leave. The leave was approved by the Defendant.

7. That on May 5, 2011 the Plaintiff was terminated from employment by the Defendant. The Defendant gave several reasons for the termination. One of the reasons was that she used Family Medical Leave from January 31, 2011 to February 14, 2011 against the Defendant's policy despite the fact that the Defendant approved the leave.

8. That the Plaintiff did not violate the Defendant's policy and more importantly she fulfilled the requirements of the statutes which take precedence over the Defendant's policies.

9. That after the leave was approved and the Plaintiff was absent on that leave, the Defendant unlawfully contacted her doctor directly. That if the Defendant wanted to challenge the reasons for the leave request it would be necessary to obtain a second opinion which they did not.

10. That the Defendant interfered with the Plaintiff's right to Family Medical Leave by using the Plaintiff's use of Family Medical Leave as one of the reasons for termination.

### III.   CAUSES OF ACTION

11. That the above alleged facts constitute a violation of RCW 49.78.300(1)(a) and 29 U.S.C.A. §2615(a)(1).

### IV.   PRAYER FOR RELIEF

COMPLAINT -2

LAW OFFICE OF ROBERT M. BOGGS
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Telephone (509) 469-8221
Facsimile (509) 469-9026

10

**WHEREFORE**, Plaintiff prays for judgment against the Defendant in such amounts as to be proven at trial, including but not limited to, economic and non-economic damages suffered by Plaintiff, reasonable attorney fees, costs and expenses permitted by law and for such other and further relief as the court deems just and equitable.

DATED this 1st day of February, 2013.

**LAW OFFICE OF ROBERT M. BOGGS**

s/ Robert M. Boggs
ROBERT M. BOGGS, WSBA No. 8664
Attorney for Plaintiff

COMPLAINT -3

LAW OFFICE OF ROBERT M. BOGGS
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Telephone (509) 469-8221
Facsimile (509) 469-9026

11

RECEIVED

OCT 0 1 2014

LACY KANE, P.S.

# STATE OF WASHINGTON
# GRANT COUNTY SUPERIOR COURT

| | |
|---|---|
| LUCY FITTERER,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, EMPLOYMENT SECURITY DEPARTMENT,<br><br>  Defendants. | NO. 13-2-00251-1<br><br>DEMAND FOR TWELVE-PERSON JURY<br><br>**(Clerk's Action Required)** |

TO: LUCY FITTERER, Plaintiff

TO: STEVEN LACY, Plaintiff's Attorney

TO: CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE That the STATE OF WASHINGTON, EMPLOYMENT SECURITY DEPARTMENT hereby elects to have the issues of fact in the above cause tried by a twelve-person jury.

DATED this 30th day of September, 2014.

ROBERT W. FERGUSON
Attorney General

_____ WSBA # 39366 FOR
AMY CLEMMONS, WSBA No. 22997; OID # 91106
Assistant Attorney General
Attorneys for Defendants State of Washington,
Employment Security Department

---

DEMAND FOR TWELVE-PERSON JURY   1

ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

12

## PROOF OF SERVICE

I certify that I served a copy of the foregoing document on all parties or their counsel of record on the date below as follows:

☒ US Mail Postage Prepaid to:    Lacy, Steven C., #10814
                                 300 Eastmont Ave
                                 East Wenatchee, WA 98802

☐ FEDEX Overnight to:

☐ Via Facsimile to:

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 30 day of September, 2014, at Spokane, Washington.

*Marki Stebbins*
MARKI STEBBINS
Legal Assistant II

DEMAND FOR TWELVE-PERSON JURY    2    ATTORNEY GENERAL OF WASHINGTON
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

13