# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LUCY FITTERER,<br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON EMPLOYMENT SECURITY DEPARTMENT,<br>*Defendant* | Civil Action No. 2:14-CV-0404-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 16, is DENIED.
Defendant's Cross-Motion for Summary Judgment, ECF No. 25, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on cross motions for
Summary Judgment (ECF Nos. 16 and 25).

Date: July 31, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen